AO 442 (Rev. 11/11) Arrest Warrant

8928219

# UNITED STATES DISTRICT COURT

## for the

## District of Columbia

United States of America

v.

JONATHAN BROWN

*Defendant*

)
)
)
)
)
)
)

Case: 1:22-cr-00114
Assigned To: Judge Timothy J. Kelly
Assign. Date : 3/31/2022
Description: INDICTMENT (B)

U.S. MARSHAL-DC
RECEIVED APR 1 '22

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JONATHAN BROWN                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;  22 D.C. CODE § 4503(a)(1), (b)(1) - UNLAWFUL POSSESSION OF A FIREARM (PRIOR CONVICTION);  22 D.C. CODE § 4504(a) - CARRYING A PISTOL WITHOUT A LICENSE (OUTSIDE HOME OR PLACE OF BUSINESS);  7 D.C. CODE § 2506.01(b) - POSSESSION OF A LARGE CAPACITY AMMUNITION FEEDING DEVICE;  50 D.C. CODE § 2201.05b(b)(2) - FLEEING A LAW ENFORCEMENT OFFICER;  50 D.C. CODE § 2201.04 RECKLESS DRIVING

Date:     03/31/2022

City and state:     WASHINGTON, D.C.

Zia M. Faruqui
2022.03.31 17:37:29 -04'00'

*Issuing officer's signature*

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 4-1-22 , and the person was arrested on *(date)* 4-5-22
at *(city and state)* WASHINGTON DC .

Date: 04-06-22

*Arresting officer's signature*

COREY WILLIAMS DEO
*Printed name and title*